**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**RE:  Stacey Leanne Kelly**

**CASE NO:  <u>4:18-bk-13257</u>,  Chapter 7**

**<u>NOTICE OF DEBTOR'S RESCISSION OF REAFFIRMATION AGREEMENT</u>**
**<u>WITH HOME POINT FINANCIAL CORPORATION</u>**

COMES NOW the Debtor, Stacey Leanne Kelly, by and through counsel, and for her Notice of Rescission of Reaffirmation Agreement, states as follows:

1.      Debtor herein executed, on July 1, 2018, a reaffirmation agreement with Home Point Financial Corporation, for a debt in the amount of $60,036.80.  Said reaffirmation agreement was filed with the Court by the Creditor on July 10, 2018 at Docket Entry Number 9.

2.      Debtor, pursuant to 11 U.S.C. §524(c)(4), **hereby gives Notice that she timely rescinds such reaffirmation agreement referred to in paragraph 1 hereinabove**.

3.      This notice has been sent to Home Point Financial Corporation, by mailing same to the address found within the Reaffirmation Agreement, c/o Sottile & Barile, P.O. Box 476, Loveland, OH  45140.

**/s/ John A. Flynn_____**
John A. Flynn, #99217
Flynn Law Firm
P.O. Box 1344
Cabot, AR  72023-1344
Tel. (501) 843-8886
Fax (501) 843-8887
flynnbankruptcy@gmail.com

ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing upon the following by U.S. Mail with sufficient postage affixed thereto to assure delivery, and/or electronically through the CM/ECF Noticing System (where indicated) on **October 22, 2018.**

**/s/ John A. Flynn**
John A. Flynn

Home Point Financial Corporation
c/o Sottile & Barile
P.O. Box 476
Loveland, OH  45140

Home Point Financial Corporation
c/o Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH  45140-8362

Home Point Financial
PO Box 790309
St. Louis, MO  63179-0309

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA  23541-1021

*James F. Dowden, Trustee*
*U.S. Trustee (ust)*
*(parties in italics served electronically through CM/ECF)*